■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK JOSEY, Appellant. [771 NYS2d 904]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kron, J.), rendered September 6, 2001, convicting him of assault in the second degree and escape in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the trial court committed re-

versible error by holding a preliminary *Sandoval* hearing (*see People v Sandoval*, 34 NY2d 371 [1974]) in his absence. However, this claim is without merit since the defendant forfeited his right to be present at such proceeding by his deliberate refusal to appear (*see People v Sanchez*, 65 NY2d 436 [1985]). This claim is also without merit since the trial court modified its *Sandoval* ruling after conducting a formal *Sandoval* hearing upon the defendant's return to the courtroom.

The defendant's challenge to the legal sufficiency of his assault conviction is unpreserved for appellate review (*see* CPL 470.05 [2]), and in any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), is without merit. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's challenge to the sentence enhancement provisions for discretionary persistent felony offenders set forth in Penal Law § 70.10 and CPL 400.20 is also unpreserved for appellate review (*see People v Rosen*, 96 NY2d 329 [2001], *cert denied* 534 US 899 [2001]). S. Miller, J.P., Luciano, Adams and Cozier, JJ., concur.